Allen B. Piper, Individually and as Coexecutor of the Last Will and Testament of Louis A. Piper, Deceased, et al., Plaintiffs.

Glenn H. Barr, Conservator of the Estate of Allen B. Piper, Incompetent, Louisa I. Piper, Allen L. Piper, and Carolyn Marie Curl, Plaintiffs-Appellants, v. Harry K. Piper, Individually and as Coexecutor of the Last Will and Testament of Louis A. Piper, Deceased, Florence Piper, Karen Piper, and The Edgar County National Bank of Paris, Trustee Under the Last Will and Testament of Louis A. Piper, Deceased, Defendants-Appellees.

Gen. No. 10,295. 

Third District.

September 22, 1960.

George V. Dole, of Paris, for appellants; Lawrence B. Moore, of Paris, for Harry K. Piper, individually and as coexecutor of the last will and testament of Louis A. Piper, deceased, and Florence Piper and Karen Piper, appellees. Opinion by JUSTICE REYNOLDS. Not to be published in full.